STATE OF NEW JERSEY v. LOUIS THOMAS SCIRROTTO.

March 21, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. OMAR J. MUHAMMAD.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS EVANS.

March 21, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID BOSTIC.

March 21, 1988.

Petition for certification denied.